```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

MACK BLOODSWORTH, JR.,                :
                                      :
    Plaintiff,                        :
                                      :
vs.                                   :    CIVIL ACTION 06-0252-CG-M
                                      :
COI BROOKS, et al.,                   :
                                      :
    Defendants.                       :

<u>ORDER</u>

    On October 26, 2006, Plaintiff filed a Response to Defendants Answer, and Motion for Summary Judgment (Doc. 47), which was clarified by Plaintiff's Response to the Court's Order to Respond to Defendants Motion for Clarification filed on November 6, 2006 (Doc. 54), in which he requests the Court to dismiss his claims against Nurse Shipman, Dr. Robert Barnes, and Prison Health Services, Inc., without prejudice.  Defendants have filed no objection.

    It is, therefore, **ORDERED** pursuant to the provisions of Rule 41(a)(2) of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1)(A) [a voluntary motion to dismiss by plaintiff not having been excepted from the Magistrate Judge's jurisdiction by 28 U.S.C. § 636(b)(1)(B)] that the claims against Defendants Nurse Shipman, Dr. Robert Barnes, and Prison Health Services, Inc., be and are hereby **DISMISSED, WITHOUT PREJUDICE**.

    DONE this 16th day of November, 2006.

                                                <u>s/Bert W. Milling, Jr.</u>
                                              UNITED STATES MAGISTRATE JUDGE