IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MACK BLOODSWORTH, JR., | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 06-0252-CG-M |
| COI BROOKS, et al., | : |
| Defendants. | : |

ORDER

On October 31, 2006, Plaintiff filed a Motion to Dismiss Warden Jerry Ferrell (Doc. 51). By Order dated November 6, 2006 (Doc. 53), Defendant was given until November 17, 2006, to file any objection to the motion. To date, Defendant has filed no objection.

Therefore, it is **ORDERED** pursuant to the provisions of Rule 41(a)(2) of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1)(A) [a voluntary motion to dismiss by plaintiff not having been excepted from the Magistrate Judge's jurisdiction by 28 U.S.C. § 636(b)(1)(B)] that the claims against Defendant Warden Jerry Ferrell be and are hereby **DISMISSED, WITHOUT PREJUDICE**.

DONE this 8th day of December, 2006.

s/Bert W. Milling, Jr.
UNITED STATES MAGISTRATE JUDGE